# EXHIBIT B1



# Case Study
# Huhtamaki

### Xerox SMARTdocument Travel™
Powered by AutoStore™





> "SMARTdocument Travel's ease of use and scalability has lead to rapid adoption. We have deployed to seven departments, including manufacturing, and we scan or otherwise capture several thousand images per day into our content management solution, DocuShare. Knowledge workers report savings of 4 to 6 hours per week from faster retrieval processes."
>
> Mark J. Pettigrew, PMP
>
> IT Project Manager, Huhtamaki Americas

Company: Huhtamaki Americas Inc.

Region/Country: DeSoto, Kansas, U.S.

Industry: Manufacturing

### Company profile

Huhtamaki is a leading global manufacturer of high performance consumer packaging products and services. Headquartered in Finland, Huhtamaki has offices throughout North and South America, Europe, Asia, Oceania, and Africa. Products include molded fiber packaging (egg carriers, Chinet plates and tableware, hospital disposables); single use cups, plates, cutlery and napkins for restaurants; films for labels, graphics arts, adhesive tapes and packaging for automotive and construction industries. With over 15,000 employees in 66 manufacturing units, and sales offices in 36 countries, net sales in 2006 were EUR 2.3 billion. Huhtamaki Oyj is listed on the Helsinki Stock Exchange (HEX).

### Business challenges

In the past several years, the DeSoto, Kansas headquarters of Huhtamaki Americas has begun to build a connected network for their printing and copying needs.

In doing so several challenges were identified:

- Day-forward department workflows needed to be automated.

- An enormous backfile conversion project required digitizing administrative documents.

- A full-range of multifunction printers (MFPs) had to be transformed into information-hubs to accomplish all of the imaging and output services.



## Challenges

- Reduce printing and copying costs.
- Digitize paper documents through backfile conversion.
- Better utilize copiers, scanners and MFPs.
- Automate invoice processing systems.
- Coordinate document distribution between multiple countries and continents.

## Results

- Printing and copying costs have been reduced by digitizing documents.
- Distribution of documents is faster by scanning once and sending to multiple locations.
- Physical storage space is minimized because of backfile conversion.
- Costs are reduced by automating business workflow processes.
- Forms are processed faster and more accurately.

Since October 2006, 16 Xerox MFPs have been installed at Huhtamaki's Desoto, Kansas US headquarters, and already an improvement in the workflow process has been seen: the mailroom now receives invoices and scans them into DocuShare where the information is "stripped" and fed to various systems, saving time and reducing errors.

## Solution

Xerox's SMARTdocument Travel integration with Xerox MFPs created a successful solution to Huhtamaki's business challenges. SMARTdocument Travel provides server-based software to automate document capture, processing and distribution to virtually all business applications, and it can be used with all major manufacturers of copiers, scanners and MFPs.

Initially SMARTdocument Travel was used to scan expense reports from Xerox MFPs, to capture index information from barcodes, and deliver that content to Xerox DocuShare®. This has grown to enable automated capture from Huhtamaki's FTP sites, email boxes, and network folders.

Huhtamaki has recently purchased OpenForms 360, a forms processing solution by NSi. OpenForms 360 can read both structured forms (forms with the same layout), and unstructured forms (different layouts and pages). This will enable Huhtamaki to efficiently and easily automate their extensive invoice processing systems.

## Hardware

- 16 Xerox MFPs Software
- SMARTdocument Travel, DocuShare, OpenForms 360

© 2009 Xerox Corporation. All rights reserved. Xerox®, DocuShare® and the sphere of connectivity design are trademarks of Xerox Corporation in the U.S. and/or other countries. Product information and/or specifications are subject to change without notice. 5/09